SIGNED.

Dated: April 25, 2017

_____
**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| ANDREA L. KOLB, | Case No. 2:15-bk-08447-PS |
| Debtor. | **ORDER TO SHOW CAUSE** |

This matter came before the Court at a hearing on the Trustee's Motion to Compel Turnover ("Motion") held on April 25, 2017. At the hearing, the Court expressed concerns with 1) counsel's failure to alert Debtor to the agreement to continue the hearing on the Motion, 2) the pro se filed response to the Motion, and 3) whether counsel has sufficiently advised Debtor on the matter. Accordingly,

**IT IS HEREBY ORDERED** that, Adam E. Hauf and/or Hauf Law, PLC, shall appear on May 24, 2017 at 10:00 a.m. and show cause, if any such cause exists, why he and/or Hauf Law, PLC should not be required to disgorge any fees paid in this case in light of the apparent lack of communication regarding the Motion to Compel Turnover and the continuance of the hearing on the Motion.

**DATED AND SIGNED ABOVE.**